# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. VALLE and ELIZABETH VALLE,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTRYWIDE MORTGAGE VENTURES, LLC; AURORA LOAN SERVICES, LLC; and QUALITY LOAN SERVICE CORP.,<br><br>　　　　　　　　Defendants. | CASE NO. 14-CV-19-LAB-DHB<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS** |

　　　Plaintiffs filed this case on January 3, 2014, and Defendants promptly filed motions to dismiss. (Doc. Nos. 6, 9, 11.) Plaintiffs have subsequently failed to file a single opposition brief, which is of substantial consequence. Under Standing Order 4(b) of the undersigned judge, "[a]n opposing party's failure to file a memorandum of points and authorities in opposition to any motion will be construed as consent to granting the motion." The same is true under the Court's Civil Local Rule 7.1(f)(3)(c).

　　　The Court has reviewed the motions to dismiss and finds them to be meritorious. This is a standard case in which Plaintiffs seek to contest a home foreclosure, and Defendants make all the right arguments as to why Plaintiffs have no claims. And while there is also a venue problem here—the home at issue is in Riverside County, in the Central District of

California—"[d]ismissal, rather than transfer, may be appropriate where the transfer would be futile because the case would be dismissed even after transfer." *Fowler v. Wells Fargo Bank, N.A.*, 2011 WL 175506 at *2 (N.D. Cal. Jan. 18, 2011).

Defendants' motions to dismiss are **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: March 18, 2014

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge